SERRELL, Respondent, v. BRADY, Appellant. (City Court of New York, General Term. October 29, 1895.) Action by Robert A. Serrell against John Brady. Samuel G. Adams, for appellant. Charles De Hart Brower, for respondent.

McCARTHY, J. We have examined very carefully the rulings of the trial justice on the

various exceptions taken by the appellant, both to the evidence and the charge, and find no error. The verdict of the jury cannot be disturbed, and judgment must be affirmed, with costs.

In re SHAW. (Supreme Court, General Term, First Department. October 18, 1895.) In the matter of Selina Shaw. No opinion. Motion granted.